IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DAVID YOUNG,

    Plaintiff,

vs.

JAMES E. DONALD; HUGH SMITH;
STEVE ROBERTS; JOHN W. PAUL;
STEVE DUPREE; ALBERT PORTER;
TOMMY L. JONES; LISA JOHNSON;
and MARY HARRIS,

    Defendants.

CIVIL ACTION NO.: CV605-104

## ORDER

Plaintiff has filed a Request to Enter Default against defendants Jones, Johnson, and Harris. He asserts that said defendants have failed to respond to the complaint as directed. The Clerk's docket contains no indication that any of said defendants has been served with the Complaint and Summons. Plaintiff's Request to Enter Default is **DENIED**.

The Court also notes that the Certificate of Service does not indicate that a copy of the Request to Enter Default was served upon counsel for the other defendants. Plaintiff is reminded that copies of **all** pleadings shall be served upon counsel for defendants. See Order dated March 27, 2006.

**SO ORDERED**, this 7th day of June, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)