IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DAVID YOUNG,

    Plaintiff,

vs.

JAMES E. DONALD; HUGH SMITH;
STEVE ROBERTS; JOHN W. PAUL;
STEVE DUPREE; ALBERT PORTER;
TOMMY L. JONES; LISA WATERS;
and MARY HARRIS,

    Defendants.

CIVIL ACTION NO.: CV605-104

### ORDER

Plaintiff has filed a second Request to Enter Default against Defendants Jones, Johnson, and Harris. He asserts that said defendants have failed to respond to the complaint as directed. Plaintiff states in his Affidavit for Entry of Default that there is "proof of service on file." The Clerk's docket shows that Defendants Tommy Lee Jones and Lisa Water, f/k/a Lisa Johnson[1] filed an answer to Plaintiff's complaint on June 14, 2006. There is only one U.S. Marshal's Return of Service filed in this case and it states that the Marshal was unable to serve Defendant Mary Harris. Plaintiff's second Request to Enter Default is **DENIED**.

SO ORDERED, this 20th day of June, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk is directed to change the name of Defendant Lisa Johnson to Lisa Waters upon the docket and record of this case.

AO 72A
(Rev. 8/82)