IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION



DAVID YOUNG,

    Plaintiff,

vs.

JAMES E. DONALD; HUGH SMITH;
STEVE ROBERTS; JOHN W. PAUL;
STEVE DUPREE; ALBERT PORTER;
TOMMY L. JONES; LISA WATERS;
and MARY HARRIS,

    Defendants.

CIVIL ACTION NO.: CV605-104

## ORDER

Plaintiff, an inmate presently incarcerated at Georgia State Prison in Reidsville, Georgia, filed the captioned action *pro se*. As Plaintiff appeared to be indigent, he was allowed to proceed *in forma pauperis*. By Order dated March 27, 2006, the United States Marshal was directed to perfect service upon Defendants by certified mail, in accordance with Local Rule 4.7.

In his complaint, Plaintiff identified Mary Harris as a prospective defendant. Plaintiff stated that Harris is the Medical Director at Health Service, Georgia Department of Corrections, and could be served at #2 M.L.K.Jr. Drive, S. E. East Tower, Suite 432, Atlanta, Georgia 30334. The United States Marshal's Service attempted to serve Harris with process at that address on March 30, 2006; however, the Marshal's Service was informed that Harris was no longer at that address.

Plaintiff is directed to provide the Court with a current address for Harris so that she can be served with the summons and complaint. Plaintiff shall have twenty (20) days from the date of this Order to respond.

**SO ORDERED**, this 20th day of June, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

2

AO 72A
(Rev. 8/82)