IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DAVID YOUNG,

    Plaintiff,

vs.

JAMES E. DONALD; HUGH SMITH;
STEVE ROBERTS; JOHN W. PAUL;
STEVE DUPREE; ALBERT PORTER;
TOMMY L. JONES; LISA WATERS;
and MARY HARRIS,

    Defendants.

CIVIL ACTION NO.: CV605-104

## ORDER

In her Answer to Plaintiff's Complaint, Defendant Lisa Johnson has corrected her name. Accordingly, the Clerk is authorized and directed to change the name of Defendant Lisa Johnson to Lisa Waters upon the docket and record of this case.

**SO ORDERED**, this 16th day of August, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)